ILND 44 (Rev. 08/23)

# CIVIL COVER SHEET

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(See instructions on next page of this form.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Texas Medical Association | MultiPlan, Inc |
| **(b)** County of Residence of First Listed Plaintiff  Texas<br>*(Except in U.S. plaintiff cases)* | County of Residence of First Listed Defendant<br>*(In U.S. plaintiff cases only)*<br>Note:  In land condemnation cases, use the location of the tract of land involved. |
| **(c)** Attorneys *(firm name, address, and telephone number)*<br><br>See Attachment | Attorneys *(If Known)*<br><br>Latham & Watkins LLP |

## II.  BASIS OF JURISDICTION *(Check **one** box, only.)*

- ☐ 1  U.S. Government Plaintiff
- ☑ 3  Federal Question *(U.S. Government not a party.)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate citizenship of parties in Item III.)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only.)*
*(Check **one** box, only for plaintiff and **one** box for defendant.)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Check **one** box, only.)*

### CONTRACT
- ☐ 110  Insurance
- ☐ 120  Marine
- ☐ 130  Miller Act
- ☐ 140  Negotiable Instrument
- ☐ 150  Recovery of Overpayment & Enforcement of Judgment
- ☐ 151  Medicare Act
- ☐ 152  Recovery of Defaulted Student Loan (Excludes Veterans)
- ☐ 153  Recovery of Veteran's Benefits
- ☐ 160  Stockholders' Suits
- ☐ 190  Other Contract
- ☐ 195  Contract Product Liability
- ☐ 196  Franchise

### REAL PROPERTY
- ☐ 210  Land Condemnation
- ☐ 220  Foreclosure
- ☐ 230  Rent Lease & Ejectment
- ☐ 240  Torts to Land
- ☐ 245  Tort Product Liability
- ☐ 290  All Other Real Property

### TORTS

**PERSONAL INJURY**
- ☐ 310  Airplane
- ☐ 315  Airplane Product Liability
- ☐ 320  Assault, Libel & Slander
- ☐ 330  Federal Employers' Liability
- ☐ 340  Marine
- ☐ 345  Marine Product Liability
- ☐ 350  Motor Vehicle
- ☐ 355  Motor Vehicle Product Liability
- ☐ 360  Other Personal Injury
- ☐ 362  Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365  Personal Injury - Product Liability
- ☐ 367  Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368  Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370  Other Fraud
- ☐ 371  Truth in Lending
- ☐ 380  Other Personal Property Damage
- ☐ 385  Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440  Other Civil Rights
- ☐ 441  Voting
- ☐ 442  Employment
- ☐ 443  Housing/Accommodations
- ☐ 445  Amer. w/ Disabilities- Employment
- ☐ 446  Amer. w/Disabilities - Other
- ☐ 448  Education

### PRISONER PETITIONS
- ☐ 510  Motions to Vacate Sentence
- ☐ 530  General
- ☐ 535  Death Penalty

**Other:**
- ☐ 540  Mandamus & Other
- ☐ 550  Civil Rights
- ☐ 555  Prison Condition
- ☐ 560  Civil Detainee - Conditions of Confinement

### BANKRUPTCY
- ☐ 422  Appeal 28 USC 158
- ☐ 423  Withdrawal 28 USC 157

### IMMIGRATION
- ☐ 462  Naturalization Application
- ☐ 463  Habeas Corpus – Alien Detainee (Prisoner Petition)
- ☐ 465  Other Immigration Actions

### FORFEITURE/PENALTY
- ☐ 625  Drug Related Seizure of Property 21 USC 881
- ☐ 690  Other

### LABOR
- ☐ 710  Fair Labor Standards Act
- ☐ 720  Labor/Management Relations
- ☐ 740  Railway Labor Act
- ☐ 751  Family and Medical Leave Act
- ☐ 790  Other Labor Litigation
- ☐ 791  Employee Retirement Income Security Act

### PROPERTY RIGHTS
- ☐ 820  Copyright
- ☐ 830  Patent
- ☐ 835  Patent - Abbreviated New Drug Application
- ☐ 840  Trademark
- ☐ 880  Defend Trade Secrets Act of 2016 (DTSA)

### SOCIAL SECURITY
- ☐ 861  HIA (1395ff)
- ☐ 862  Black Lung (923)
- ☐ 863  DIWC/DIWW (405(g))
- ☐ 864  SSID Title XVI
- ☐ 865  RSI (405(g))

### FEDERAL TAXES
- ☐ 870  Taxes (U.S. Plaintiff or Defendant)
- ☐ 871  IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375  False Claims Act
- ☐ 376  Qui Tam (31 USC 3729 (a))
- ☐ 400  State Reapportionment
- ☑ 410  Antitrust
- ☐ 430  Banks and Banking
- ☐ 450  Commerce
- ☐ 460  Deportation
- ☐ 470  Racketeer Influenced and Corrupt Organizations
- ☐ 480  Consumer Credit
- ☐ 485  Telephone Consumer Protection Act (TCPA)
- ☐ 490  Cable/Sat TV
- ☐ 850  Securities/Commodities/ Exchange
- ☐ 890  Other Statutory Actions
- ☐ 891  Agricultural Arts
- ☐ 893  Environmental Matters
- ☐ 895  Freedom of Information Act
- ☐ 896  Arbitration
- ☐ 899  Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950  Constitutionality of State Statutes

## V.  ORIGIN *(Check one box, only.)*

- ☐ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District (specify)
- ☐ 6  Multidistrict Litigation - Transfer
- ☑ 8  Multidistrict Litigation - Direct File

## VI.  CAUSE OF ACTION ( Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

15 U.S.C. § 1 - Violations of the Sherman Act

## VII.  PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII.  REQUESTED IN COMPLAINT:
☐ Check if this is a **class action** under Rule 23, F.R.CV.P.

Demand $

CHECK Yes only if demanded in complaint:
Jury Demand: ☐ Yes  ☑ No

## IX.   RELATED CASE(S) IF ANY *(See instructions):*
Judge  Matthew F. Kennelly   Case Number  1:24-cv-06795

## X.   Is this a previously dismissed or remanded case?  ☐ Yes  ☑ No   If yes, Case #  Name of Judge

Date:  4/6/2026

Signature of Attorney of Record  /s/ Matthew M. Lavin

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44**

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**Addendum**

**Counsel for Plaintiff:**


**Gilbert LLP**

Matthew M. Lavin (pro hac vice)

Lavinm@gilbertlegal.com

Gilbert LLP

700 Pennsylvania Ave SE, Ste 400

Washington, DC 20003

Telephone: 202.772.2200

Fax: 202.772.3333


**Napoli Shkolnik**

Nestor D. Galarza (pro hac vice)

Ngalarza@nsprlaw.com

Paul J. Napoli (IL 6307568)

PNapoli@NSPRLaw.com

Hunter J. Shkolnik (pro hac vice)

Hunter@NSPRLaw.com

NS PR Law Services, LLC

1302 Avenida Ponce de León

Santurce, Puerto Rico 00907

Telephone: 787.493.5088


**Seeger Weiss LLP**

Christopher A. Seeger (pro hac vice)

cseeger@seegerweiss.com

Jennifer R. Scullion (pro hac vice)

jscullion@seegerweiss.com

Seeger Weiss LLP

55 Challenger Road 6th Fl.

Ridgefield Park, NJ 07660

Telephone: 973.639.9100

Fax: 973.679.8656

*Attorneys for Plaintiff*